DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BAINET PIERRE-LOUIS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-806

[September 27, 2018]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; John S. Kastrenakes, Judge; L.T. Case No. 502009CF003621A.

Bainet Pierre-Louis, Indiantown, pro se.

Pamela Jo Bondi, Attorney General, Tallahassee, and Melynda L. Melear, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., WARNER and TAYLOR, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***